```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22712
   ROSCOE C. JONES
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1693


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/04/07 .

   2.  The case was dismissed without confirmation, 04/25/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
HSBC AUTO FINANCE          UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00           .00
ABLE CLEANING SUPPLY       UNSECURED      NOT FILED              .00           .00
AFFIRMATIVE INSURANCE      UNSECURED      NOT FILED              .00           .00
AMCA                       UNSECURED      NOT FILED              .00           .00
AOL LONG DISTANCE          UNSECURED      NOT FILED              .00           .00
ASM CENTER FOR SLEEP MED   UNSECURED      NOT FILED              .00           .00
AT&T MOBILITY LLC          UNSECURED      NOT FILED              .00           .00
AT&T MOBILITY LLC          UNSECURED      NOT FILED              .00           .00
AT&T MOBILITY LLC          UNSECURED      NOT FILED              .00           .00
CABRERA & ASSOC            UNSECURED      NOT FILED              .00           .00
CALIFORNI                  UNSECURED      NOT FILED              .00           .00
CFG CREDIT                 UNSECURED      NOT FILED              .00           .00
CFS FINANCIAL              UNSECURED      NOT FILED              .00           .00
COMCAST                    UNSECURED      NOT FILED              .00           .00
COMCAST                    UNSECURED      NOT FILED              .00           .00
COMED                      UNSECURED      NOT FILED              .00           .00
CONSUMER FINANCIAL SERVI   UNSECURED      NOT FILED              .00           .00
DIRECTV                    UNSECURED      NOT FILED              .00           .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID

DOMINICKS                  UNSECURED      NOT FILED              .00           .00
GENTLE DENTAL ASSOCIATES   UNSECURED      NOT FILED              .00           .00
EASTERN COLLECTION CORP    UNSECURED      NOT FILED              .00           .00
EMERGENCY MEDICAL ASSOC    UNSECURED      NOT FILED              .00           .00
FIRST MIDWEST BANK         UNSECURED      NOT FILED              .00           .00
FIRST NATIONAL BANK        UNSECURED      NOT FILED              .00           .00
FORD MOTOR CREDIT CO       UNSECURED      NOT FILED              .00           .00
HSBC                       UNSECURED      NOT FILED              .00           .00
CCB INCORPORATED           UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT OF EMPL SE   UNSECURED      NOT FILED              .00           .00
ILLINOIS STATE TOLLWAY A   UNSECURED      NOT FILED              .00           .00
```

```
KENNEDYS ACCOUNTING        UNSECURED        NOT FILED              .00           .00
MEDCLR INC                 UNSECURED        NOT FILED              .00           .00
MEDICAL EYE SERVICES       UNSECURED        NOT FILED              .00           .00
MIDWESTERN REGIONAL MED    UNSECURED        NOT FILED              .00           .00
NATIONAL FINANCIAL HOLDI   UNSECURED        NOT FILED              .00           .00
PATIENT FIRST              UNSECURED        NOT FILED              .00           .00
PEKIN INSURANCE            UNSECURED        NOT FILED              .00           .00
PEOPLES CHOICE             UNSECURED        NOT FILED              .00           .00
PEOPLES GAS                UNSECURED        NOT FILED              .00           .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED              .00           .00
RH DONNELLEY               UNSECURED        NOT FILED              .00           .00
RH DONNELLEY               UNSECURED        NOT FILED              .00           .00
SBC AMERITECH              UNSECURED        NOT FILED              .00           .00
SPRINT NEXTEL              UNSECURED        NOT FILED              .00           .00
ARMOR SYSTEMS              UNSECURED        NOT FILED              .00           .00
TRS RECOVERY SERVICES      UNSECURED        NOT FILED              .00           .00
UNIFUND                    UNSECURED        NOT FILED              .00           .00
VERIZON WIRELESS           UNSECURED        NOT FILED              .00           .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   3500.00
and was paid $    376.00   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/16/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 22712 ROSCOE C. JONES
```